IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

- - - - - - - -

MAGNA ELECTRONICS INC.,

                Plaintiff

    v.

TRW AUTOMOTIVE HOLDINGS CORP.,
TRW AUTOMOTIVE US LLC, AND TRW
VEHICLE SAFETY SYSTEMS INC.,
                Defendants.

Civil Action: 1:13-cv-01364

Judge: Paul L. Maloney

**JOINT STIPULATION FOR DISMISSAL OF "MAGNA III"**

The parties having entered into a Settlement & License Agreement, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Magna Electronics Inc. and Defendants TRW Automotive Holdings Corp., TRW Automotive US LLC and TRW Vehicle Safety Systems Inc., all parties to the above-captioned matter now pending, jointly stipulate to the dismissal of this action with prejudice as to all claims and defenses except as to Count I ("Infringement of United States Patent No. 8,116,929"), Count II ("Infringement of United States Patent No. 8,593,521"), Count IV ("Infringement of United States Patent No. 8,636,393") and Counterclaim I ("Declaration of Non-infringement of U.S. Patent No. 8,116,929"), Counterclaim II ("Declaration of Non-infringement of U.S. Patent No. 8,593,521"), Counterclaim IV ("Declaration of Non-infringement of U.S. Patent No. 8,636,393"), Counterclaim VI ("Declaration of Invalidity of U.S. Patent No. 8,116,929"), Counterclaim VII ("Declaration of Invalidity of U.S. Patent No. 8,593,521"), Counterclaim IX ("Declaration of Invalidity of U.S.

1

Patent No. 8,636,393"), which claims and counterclaims shall be also dismissed but without prejudice.

Each party is to bear their own costs, with the Court to retain jurisdiction to enforce the terms and conditions of the Settlement & License Agreement.

Dated: February 9, 2016

Respectfully jointly submitted,

| | |
|---|---|
| /s/ Terence J. Linn | /s/ Allan J. Sternstein |
| Terence J. Linn (P-33449) | Allan J. Sternstein |
| Karl T. Ondersma (P-68028) | Timothy K. Sendek |
| Gardner, Linn, Burkhart & Flory, LLP | Michael S. Golenson |
| 2851 Charlevoix Drive SE, Suite 207 | Sara M. Skulman |
| Grand Rapids, Michigan 49546 | LATHROP & GAGE LLP |
| (616) 975-5500 | 155 N Wacker Drive |
| linn@glbf.com | Suite 3050 |
| ondersma@glbf.com | Chicago, IL 60606 |
| | Phone: 312-920-3319 |
| *Attorneys for Plaintiff Magna Electronics Inc.* | asternstein@lathropgage.com |
| | tsendek@lathropgage.com |
| | |
| | *Attorneys for Defendants TRW Automotive Holdings Corp.,* |
| | *TRW Automotive US LLC, and* |
| | *TRW Vehicle Safety Systems Inc.* |